# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | 8:12CR193 |
| **THOMAS J. FARMER,** | ) ) | ORDER |
| **Defendant.** | ) ) | |

Upon the defendant's motion to continue (filing #6),

**IT IS ORDERED** that the initial appearance is continued to **July 30, 2012,** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 5th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge